FILED30 OCT '13 10:25USDC-ORP

# UNITED STATES CIRCUIT COURT

## FOR THE STATE OF OREGON

| | | |
|---|---|---|
| Daniel A. Bernath, an individual, | ) | Case No. ~~1305-06167~~ 13-cv-1796 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Motion to Dismiss |
| vs. | ) | without prejudice |
| | ) | |
| Yelp, Inc., a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW PLAINTIFF who makes this motion dismiss this complaint without prejudice to bring again as part of a class action.

*[signature]*

Daniel A. Bernath   10.28.13   Plaintiff